1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED
JUL 11 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____C. ESTEVES_____

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO. 1:08CR 00223 <br><br> EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL FEDERAL RULES OF CRIMINAL PROCEDURE |
| Plaintiff, ) | |
| v. ) | |
| JOHN ROGER BIRD, ) | |
| Defendant. ) | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 10, 2008 charging the above defendant with a violation of Title 18, United States Code, Section 922(g)(1)-Possession of a Firearm by a Person With a Prior Felony Conviction, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants

1 issued pursuant thereto, except when necessary for the issuance
2 and execution of the warrants.
3 DATED: July 10, 2008                    Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By
LAUREL J. MONTOYA
Assistant U.S. Attorney

ORDERED as prayed this 10th day of July, 2008.

U.S. Magistrate Judge