1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6             IN THE UNITED STATES DISTRICT COURT FOR THE

7                   EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,        )  CASE NO.  1:08-CR-0223 OWW
9                                   )
                                    )
10              Plaintiff,           )  MOTION TO UNSEAL INDICTMENT;
                                    )  [PROPOSED] ORDER
11        v.                         )
                                    )
12  JOHN ROGER BIRD,                 )
                                    )
13              Defendant.           )
   _____)
14
        This Indictment was sealed by Order of this Court pursuant to
15
   Rule 6(e) of the Federal Rules of Criminal Procedure.
16
        The United States of America, by and through McGregor W.
17
   Scott, United States Attorney, and Laurel J. Montoya, Assistant
18
   United States Attorney, hereby moves that the Indictment in this
19
   case be unsealed and made public record.
20
   Dated: July 15, 2008
21                                      LAUREL J. MONTOYA
                                        Assistant U. S. Attorney
22
        IT IS SO ORDERED.
23

24  DATED: July 15, 2008
                                        DENNIS L. BECK
25                                      United States Magistrate Judge

26

27

28

                                  1