**RICHARD A. BESHWATE, JR. 179782**
Attorney at Law
2014 Tulare Street, Suite 414
Fresno, CA  93721
Telephone:  559.266.5000
Facsimile: 559.266.0507

Attorney for Defendant, JOHN BIRD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:08-CR-00223 OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
| v. | ) | RESETTING HEARING |
| | ) | |
| JOHN BIRD, | ) | Date:        DECEMBER 15, 2008 |
| | ) | Time:       9:00 a.m.. |
| Defendant. | ) | Courtroom:  Hon. Oliver W. Wanger |
| | ) | |

　　　　IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the defendant JOHN BIRD by and through his attorney, that the hearing set for Monday, December 15, 2008, at 9:00 a.m. be vacated and set on **JANUARY 12, 2009, at 9:00 a.m.**

　　　　The continuance sought is due to the fact that defense counsel is currently in a homicide trial in the Fresno County Superior Court (People v MARK ORTEGA).

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: December 9, 2008　　　　　　　　　／s/   Richard A. Beshwate, Jr.
　　　　　　　　　　　　　　　　　　　　　　RICHARD A. BESHWATE, JR.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　JOHN BIRD

///

DATED: December 9, 2008                    /s/   Laurel Montoya
                                           LAUREL MONTOYA

**Approved verbally by all parties on, December 9, 2008**

## ORDER

In accordance with the stipulation, IT IS HEREBY ORDERED that the hearing set for Monday, December 15, 2008, at 9:00 a.m. is VACATED and RESET for JANUARY 12, 2009, at 9:00 a.m. Time is excluded pursuant to 18 USC 3161.

IT IS SO ORDERED.

**Dated:   December 10, 2008**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE